**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TYWON POSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.  10 C 3574 |
| v. | ) | |
| | ) | MAG. JUDGE MORTON DENLOW |
| OFFICER ROCCO PRUGER, | ) | Judge Presiding |
| OFFICER KEANEY, | ) | |
| OFFICER TODD MUELLER, | ) | |
| OFFICER LOPEZ, UNKNOWN EMPLOYEES OF | ) | |
| COOK COUNTY SHERIFF'S DEPARTMENT, | ) | |
| COOK COUNTY SHERIFF'S DEPARTMENT, | ) | |
| CHICAGO POLICE DEPARTMENT, and | ) | |
| CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO:    Holly Blaine
         Law Office of R.M. Stephenson
         1029 Lake Street, Ste. 202
         Oak Park, IL  60301

         David Richard Condron
         Cook County State's Attorney's Office
         500 Richard J. Daley Center
         Chicago, IL  60602

    **PLEASE TAKE NOTICE** that on November 24, 2010, at 9:15 a.m., or as soon thereafter as counsel may be heard, before the Honorable Morton Denlow, or whomever shall be sitting in his stead, in Room 1350 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **CITY DEFENEDANTS' AGREED MOTION FOR SETTING CONCURRENT BRIEFING SCHEDULES.**

                          Respectfully submitted,

                          __/s/ Jonathan Clark Green_____
                          JONATHAN CLARK GREEN
                          Senior Corporation Counsel
(312) 744-0226              30 North LaSalle Street, Suite 900
Atty. No. 6193934          Chicago, IL  60602